# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2016

151449

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                    SC: 151449
                                    COA: 325648
                                    Wayne CC: 11-005601-FC

TYRONE WALTER BOSWELL,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the April 9, 2015 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2016


p0321

                      Clerk